IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHIRLEY JO FOREST, CO-
PERSONAL
REPRESENTATIVE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D16-436

v.

VICTOR KENNEDY, IN RE:
THE ESTATE OF ALICIA
MARIE FOREST,

     Appellee.

_____/

Opinion filed December 6, 2016.

An appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

Paul Bailey and Mark H. Welton of Welton Law Firm, Crestview, for Appellant.

Clay B. Adkinson of Adkinson Law Firm, DeFuniak Springs, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.